**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BARRERA, MARIA § Case No. 07-19859-SA
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 25, 2007. The undersigned trustee was appointed on March 30, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      95,718.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 4,832.75 |
| Administrative expenses | 41,351.49 |
| Bank service fees | 23.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 49,510.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/01/2016 and the deadline for filing governmental claims was 08/01/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,182.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,182.87, for a total compensation of $6,182.87.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/22/2017          By: /s/EUGENE CRANE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 07-19859-SA | **Trustee:** | (330350)    EUGENE CRANE |
| **Case Name:** BARRERA, MARIA | **Filed (f) or Converted (c):** | 10/25/07 (f) |
| | **§341(a) Meeting Date:** | |
| **Period Ending:** 08/22/17 | **Claims Bar Date:** | 08/01/16 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1    8247 45th St. Lyons, IL<br>     Imported from original petition Doc# 1; Exemption: Countrywide Home loans - 8247 45th St. Lyons, IL 60534<br>(Debtor's Residence, Joint with Edie Moncada)  - Amount: 15000.00; Exemption: Countrywide Home loans - 8247 45th St. Lyons, IL 60534<br>(Debtor's Residence, Joint with Edie Moncada)  - Amount: 15000.00 Lien: 3 Countrywide Home Loans Bankruptcy Department<br>PO Box 650070<br>Dallas TX 75265  -  Amount: 208000.00<br>As of 2012 Debtor NO LONGER OWNS PROPERTY | 227,000.00 | 4,000.00 | | 0.00 | FA |
| 2    Checking account with Charter One<br>     Imported from original petition Doc# 1; Exemption: 02. Checking, savings or other financial accounts, certificates of<br>deposit or shares in banks, savings and loan, thrift, building and loan,<br>and homestead associations or credit unions, brokerage houses, or<br>cooperatives.<br>Checking account with Charter One  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 3    Household goods; TV, VCR, dvd player, computer,<br>     Imported from original petition Doc# 1; Exemption: 04. Household goods and furnishings, including audio, video, and<br>computer equipment.<br>Household goods; TV, VCR, dvd player, computer, stereo,<br>sofa, vacuum, table, chairs, lamps, bedroom set, washer/dryer, stove, refrigerator, microwave, pots/pans,<br>dishes/flatware  -  Amount: 1000.00 | 1,900.00 | 900.00 | | 0.00 | FA |
| 4    Books, Compact Discs, Tapes/Records, Family Pict<br>     Imported from original petition Doc# 1; Exemption: | 20.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-19859-SA  **Trustee:** (330350) EUGENE CRANE
**Case Name:** BARRERA, MARIA  **Filed (f) or Converted (c):** 10/25/07 (f)
 **§341(a) Meeting Date:**
**Period Ending:** 08/22/17  **Claims Bar Date:** 08/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | 05. Books, pictures and other art objects, antiques, stamp, coin,<br>record, tape, compact disc, and other collections or collectibles.<br>Books, Compact Discs, Tapes/Records, Family Pictures  -  Amount: 20.00 | | | | |
| 5 | Necessary wearing apparel.<br>    Imported from original petition Doc# 1; Exemption:<br>06. Wearing Apparel<br>Necessary wearing apparel.  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, costume jewelry<br>    Imported from original petition Doc# 1; Exemption:<br>07. Furs and jewelry.<br>Earrings, watch, costume jewelry  -  Amount: 30.00 | 30.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life Insurance - No Cash Surrender Value.<br>    Imported from original petition Doc# 1 No CSV,<br>value unknown | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension w/ Employer/Former Employer - 100% Exemp<br>    Imported from original petition Doc# 1; Exemption:<br>12. Interest in IRA,ERISA, Keogh, or other pension or profit sharing<br>plans. Give particulars<br>Pension w/ Employer/Former Employer - 100% Exempt.  -  Amount: 200000.00 | 200,000.00 | 0.00 | | 0.00 | FA |
| 9 | Maria Barrera Vs University Of Illinois - WC Cas<br>    Imported from original petition Doc# 1; Exemption:<br>Maria Barrera Vs University Of Illinois - WC Case, tendonitis<br>to left arm, Attorney for debtor: Corti, Alesky & Castaneda,<br>180 N. LaSalle St., Ste 2910, Chicago, IL 60601, telephone:<br>312.782.8372, Fax 312.782.7672<br>Case was filed on 07/30/2007  -  Amount: 10000.00 | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | AGF - 1997 Oldsmobile Aurora FMV $1,960 and 1997<br>    Imported from original petition Doc# 1; Lien: 1 | 3,075.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-19859-SA  **Trustee:** (330350)  EUGENE CRANE
**Case Name:** BARRERA, MARIA  **Filed (f) or Converted (c):** 10/25/07 (f)
 **§341(a) Meeting Date:**
**Period Ending:** 08/22/17  **Claims Bar Date:** 08/01/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| American General Finance Bankruptcy Department 5901 S. Archer Chicago IL 60638 - Amount: 8000.00 | | | | | |
| 11  CarMax - 2005 Chevrolet Malibu. (debtor cosigned Imported from original petition Doc# 1; Exemption: 25. Autos, Truck, Trailers and other vehicles and accessories. CarMax - 2005 Chevrolet Malibu. (debtor cosigned for daughter Jennifer & will surrender her 1/2 interest) - Amount: 2400.00; Exemption: 25. Autos, Truck, Trailers and other vehicles and accessories. CarMax - 2005 Chevrolet Malibu. (debtor cosigned for daughter Jennifer & will surrender her 1/2 interest) - Amount: 2400.00 Lien: 2 CarMax Auto Finance Bankruptcy Department PO Box 440609 Kennesaw GA 30160 - Amount: 9235.00 | 8,470.00 | 0.00 | | 0.00 | FA |
| 12  Class Action Lawsuit - Personal Injury  (u) Case was re-opened to administer this undisclosed lawsuit.  PI Atty couldn't estimate value at time of re-opening of case. As of 12/31/2016 settlement for Debtor is estimated at $95,000. Gross settlement award is 95,718.00;  however all atty costs, MDL costs and medical liens were paid directly; only the net of $49,733.76 was received by the estate. | Unknown | 95,000.00 | | 95,718.00 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$450,795.00** | **$99,900.00** | | **$95,718.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/02/2017: Filed MT to Accept Settlement; Hearing on 05/23 (dk)

03/31/2017: Settlement pending collection of amounts for all liens, fees for settlement breakdown per special counsel.  They estimate the gross settlement to be $95,000. Could be three more months or more before Trustee receives settlement (dk)

10/24/2016: Notice received from special counsel with estimated settlement amount; reminder letters sent to creditors to file claims (dk)

05/10/2016: Order to Employ CHSW&C and employ special counsel (dk)

05/03/2016: MTs to Employ CHSW&C and special counsel filed (dk)

Printed: 08/22/2017 11:03 AM    V.13.30

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-19859-SA      **Trustee:** (330350) EUGENE CRANE
**Case Name:** BARRERA, MARIA     **Filed (f) or Converted (c):** 10/25/07 (f)
     **§341(a) Meeting Date:**
**Period Ending:** 08/22/17     **Claims Bar Date:** 08/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

04/29/2016: Initial Report of Assets filed (dk)
03/29/2016: Case re-opened; Debtor has a class action lawsuit pending (dk)

**Initial Projected Date Of Final Report (TFR):**     December 31, 2017     **Current Projected Date Of Final Report (TFR):**     December 31, 2018

Printed: 08/22/2017 11:03 AM     V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-19859-SA | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | BARRERA, MARIA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***3585 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/22/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/18/17 | | CLH Ethicon Qualified Settlement Fund | Proceeds from Personal injury claim from product liability MDL litigation with atty fees, liens, all expenses and costs in the amount of $54,866.51 paid by settling party directly to attys etc. and net paid to the estate; see docket 35&36 | | 49,533.76 | | 49,533.76 |
| | {12} | | Gross Settlement Proceeds        95,718.00 | 1242-000 | | | 49,533.76 |
| | | | LESS:  Special Counsel Fees      -34,458.48 | 3210-600 | | | 49,533.76 |
| | | | MDL Fee        -3,828.72 | 2990-000 | | | 49,533.76 |
| | | | MDL Case Expense      -957.18 | 2990-000 | | | 49,533.76 |
| | | | Common case Expense      -318.74 | 2990-000 | | | 49,533.76 |
| | | | Special Counsel Expenses      -1,288.37 | 3220-610 | | | 49,533.76 |
| | | | Bankruptcy Coordination Fee      -500.00 | 2990-000 | | | 49,533.76 |
| | | | Medical Liens      -4,832.75 | 4210-000 | | | 49,533.76 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.74 | 49,510.02 |
| | | | ACCOUNT TOTALS | | 49,533.76 | 23.74 | $49,510.02 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 49,533.76 | 23.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $49,533.76 | $23.74 | |

| | | |
|---|---|---|
| Net Receipts : | 49,533.76 | |
| Plus Gross Adjustments : | 46,184.24 | |
| Net Estate : | $95,718.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2766 | 49,533.76 | 23.74 | 49,510.02 |
| | $49,533.76 | $23.74 | $49,510.02 |

{} Asset reference(s)

Printed: 08/22/2017 11:03 AM     V.13.30

# Claims Proposed Distribution

### Case:  07-19859-SA   BARRERA, MARIA

| **Case Balance:** | $49,510.02 | **Total Proposed Payment:** | $49,510.02 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 76.61 | 76.61 | 0.00 | 76.61 | 76.61 | 49,433.41 |
|  | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 4,734.00 | 4,734.00 | 0.00 | 4,734.00 | 4,734.00 | 44,699.41 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | EUGENE CRANE | Admin Ch. 7 | 6,182.87 | 6,182.87 | 0.00 | 6,182.87 | 6,182.87 | 38,516.54 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
|  | **Claim Memo:**   [Updated by Surplus to Debtor Report based on Net Estate Value: 58657.44] | | | | | | | |
| 1 | American InfoSource LP as agent for | Unsecured | 500.00 | 500.00 | 0.00 | 500.00 | 500.00 | 38,016.54 |
| 2 | eCAST Settlement Corporation | Unsecured | 530.27 | 530.27 | 0.00 | 530.27 | 530.27 | 37,486.27 |
|  | **Claim Memo:**   HSBC Consumer Lending | | | | | | | |
| 1I | American InfoSource LP as agent for | Unsecured | 206.60 | 206.60 | 0.00 | 206.60 | 206.60 | 37,279.67 |
| 2I | eCAST Settlement Corporation | Unsecured | 219.11 | 219.11 | 0.00 | 219.11 | 219.11 | 37,060.56 |
| SURPLUS | BARRERA, MARIA | Unsecured | 37,060.56 | 37,060.56 | 0.00 | 37,060.56 | 37,060.56 | 0.00 |
|  | **Total for Case 07-19859 :** | | **$49,510.02** | **$49,510.02** | **$0.00** | **$49,510.02** | **$49,510.02** | |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $10,993.48 | $10,993.48 | $0.00 | $10,993.48 | 100.000000% |
| **Total Unsecured Claims :** | $38,516.54 | $38,516.54 | $0.00 | $38,516.54 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 07-19859-SA
Case Name: BARRERA, MARIA
Trustee Name: EUGENE CRANE

**Balance on hand:** $ 49,510.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 49,510.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 6,182.87 | 0.00 | 6,182.87 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,734.00 | 0.00 | 4,734.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 76.61 | 0.00 | 76.61 |

Total to be paid for chapter 7 administration expenses:   $ 10,993.48
Remaining balance:   $ 38,516.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 38,516.54

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | | | |
|---|---:|---|---:|
| Total to be paid for priority claims: | $ 0.00 | | |
| Remaining balance: | $ 38,516.54 | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,030.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | 500.00 | 0.00 | 500.00 |
| 2 | eCAST Settlement Corporation | 530.27 | 0.00 | 530.27 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 1,030.27 |
| Remaining balance: | $ 37,486.27 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 37,486.27 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 37,486.27

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $425.71.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 37,060.56.

**UST Form 101-7-TFR (05/1/2011)**