IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 07-19859 |
| MARIA BARRERA, | ) | Chapter 7 |
| | ) | Judge Jack B. Schmetterer |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS   )
                                    )
COUNTY OF COOK   )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 22nd day of September 2017, before the hour of 5:00 p.m.

/s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties served electronically:*

United States Trustee
Patrick S. Layng
219 S. Dearborn, #873
Chicago, IL 60604

Frank Hernandez
Nathan Curtis
Geraci Law L.L.C.
55 East Monroe St Suite #3400
Chicago, IL 60603

*Parties served U.S. Mail*:
Maria Barrera
8247 45th Street
Lyons, IL 60534

eCast Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480

American InfoSource LP
agent for T-Mobile/T-Mobile USA
PO Box 248848
Oklahoma City, OK 73124-8848

Joan Zanzola, Ofc Gen'l Counsel
US Dept of Health & Human Services
233 N. Michigan Avenue, Room 700
Chicago, IL 60601