**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re: BARRERA, MARIA § Case No. 07-19859
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $450,795.00 | Assets Exempt: | $228,750.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,288.73 | Claims Discharged Without Payment: | $16,925.00 |
| Total Expenses of Administration: | $52,368.71 | | |

3) Total gross receipts of $95,718.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $37,060.56 (see **Exhibit 2**), yielded net receipts of $58,657.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $225,235.00 | $4,832.75 | $4,832.75 | $4,832.75 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $52,368.71 | $52,368.71 | $52,368.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $18,175.00 | $1,455.98 | $1,455.98 | $1,455.98 |
| **TOTAL DISBURSEMENTS** | $243,410.00 | $58,657.44 | $58,657.44 | $58,657.44 |

4) This case was originally filed under chapter 7 on 10/25/2007.  The case was pending for 121 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/08/2017                        By: /s/ Eugene Crane
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Lawsuit - Personal Injury | 1242-000 | $95,718.00 |
| **TOTAL GROSS RECEIPTS** | | **$95,718.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BARRERA, MARIA | Dividend paid 100.00% on $37,060.56; Claim# SURPLUS; Filed: $37,060.56; Reference: | 8200-002 | $37,060.56 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$37,060.56** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Liens paid from PI Settlement | 4210-000 | NA | $4,832.75 | $4,832.75 | $4,832.75 |
| N/F | 1 American General Finance Bankruptcy Department | 4110-000 | $8,000.00 | NA | NA | NA |
| N/F | 2 CarMax Auto Finance Bankruptcy Department | 4110-000 | $9,235.00 | NA | NA | NA |
| N/F | 3 Countrywide Home Loans Bankruptcy Department | 4110-000 | $208,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$225,235.00** | **$4,832.75** | **$4,832.75** | **$4,832.75** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2100-000 | NA | $6,182.87 | $6,182.87 | $6,182.87 |
| Attorney for Trustee Fees - Crane, Heyman, Simon, Welch & Clar | 3110-000 | NA | $4,734.00 | $4,734.00 | $4,734.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 3120-000 | NA | $76.61 | $76.61 | $76.61 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $23.74 | $23.74 | $23.74 |
| Other Chapter 7 Administrative Expenses - CLH Ethicon Qualified Settlement Fund Fees&Expenses | 2990-000 | NA | $5,604.64 | $5,604.64 | $5,604.64 |
| Special Counsel for Trustee Fees - CLH Ethicon Qualified Settlement Fund | 3210-600 | NA | $34,458.48 | $34,458.48 | $34,458.48 |
| Special Counsel for Trustee Expenses - CLH Ethicon Qualified Settlement Fund | 3220-610 | NA | $1,288.37 | $1,288.37 | $1,288.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$52,368.71** | **$52,368.71** | **$52,368.71** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | $950.00 | $500.00 | $500.00 | $500.00 |
| 1I | American InfoSource LP as agent for | 7990-000 | NA | $206.60 | $206.60 | $206.60 |
| 2 | eCAST Settlement Corporation | 7100-000 | $300.00 | $530.27 | $530.27 | $530.27 |
| 2I | eCAST Settlement Corporation | 7990-000 | NA | $219.11 | $219.11 | $219.11 |
| N/F | AT&T | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Beneficial FInance | 7100-000 | $10,500.00 | NA | NA | NA |
| N/F | CMS | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $650.00 | NA | NA | NA |
| N/F | JCPenney | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | MacNeal Hospital | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Macy's | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Orthopedic Associates of Riv | 7100-000 | $675.00 | NA | NA | NA |
| N/F | UniCare | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Weiss Memorial Hospital | 7100-000 | $400.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$18,175.00** | **$1,455.98** | **$1,455.98** | **$1,455.98** |

| | | Exhibit 8 |
|---|---|---|
| | Form 1 | Page: 1 |
| | **Individual Estate Property Record and Report** | |
| | **Asset Cases** | |

Case No.: 07-19859  
Case Name: BARRERA, MARIA  
For Period Ending: 12/08/2017

Trustee Name: (330350) Eugene Crane  
Date Filed (f) or Converted (c): 10/25/2007 (f)  
§ 341(a) Meeting Date:  
Claims Bar Date: 08/01/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8247 45th St. Lyons, IL<br>Imported from original petition Doc# 1; Exemption: Countrywide Home loans - 8247 45th St. Lyons, IL 60534<br>(Debtor's Residence, Joint with Edie Moncada) - Amount: 15000.00; Exemption: Countrywide Home loans - 8247 45th St. Lyons, IL 60534<br>(Debtor's Residence, Joint with Edie Moncada) - Amount: 15000.00 Lien: 3 Countrywide Home Loans<br>Bankruptcy Department<br>PO Box 650070<br>Dallas TX 75265 - Amount: 208000.00<br>As of 2012 Debtor NO LONGER OWNS PROPERTY | 227,000.00 | 4,000.00 | | 0.00 | FA |
| 2 | Checking account with Charter One<br>Imported from original petition Doc# 1; Exemption: 02. Checking, savings or other financial accounts, certificates of<br>deposit or shares in banks, savings and loan, thrift, building and loan,<br>and homestead associations or credit unions, brokerage houses, or cooperatives.<br>Checking account with Charter One - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods; TV, VCR, dvd player, computer,<br>Imported from original petition Doc# 1; Exemption: 04. Household goods and furnishings, including audio, video, and<br>computer equipment.<br>Household goods; TV, VCR, dvd player, computer, stereo,<br>sofa, vacuum, table, chairs, lamps, bedroom set,<br>washer/dryer, stove, refrigerator, microwave, pots/pans,<br>dishes/flatware - Amount: 1000.00 | 1,900.00 | 900.00 | | 0.00 | FA |
| 4 | Books, Compact Discs, Tapes/Records, Family Pict<br>Imported from original petition Doc# 1; Exemption: 05. Books, pictures and other art objects, antiques, stamp, coin,<br>record, tape, compact disc, and other collections or collectibles.<br>Books, Compact Discs, Tapes/Records, Family Pictures - Amount: 20.00 | 20.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 07-19859 | Trustee Name: | (330350) Eugene Crane |
| --- | --- | --- | --- |
| Case Name: | BARRERA, MARIA | Date Filed (f) or Converted (c): | 10/25/2007 (f) |
| | | § 341(a) Meeting Date: | |
| For Period Ending: | 12/08/2017 | Claims Bar Date: | 08/01/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 5 | Necessary wearing apparel.<br>Imported from original petition Doc# 1; Exemption: 06. Wearing Apparel Necessary wearing apparel. - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, costume jewelry<br>Imported from original petition Doc# 1; Exemption: 07. Furs and jewelry. Earrings, watch, costume jewelry - Amount: 30.00 | 30.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life Insurance - No Cash Surrender Value.<br>Imported from original petition Doc# 1 No CSV, value unknown | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension w/ Employer/Former Employer - 100% Exemp<br>Imported from original petition Doc# 1; Exemption: 12. Interest in IRA,ERISA, Keogh, or other pension or profit sharing<br>plans. Give particulars<br>Pension w/ Employer/Former Employer - 100% Exempt. - Amount: 200000.00 | 200,000.00 | 0.00 | | 0.00 | FA |
| 9 | Maria Barrera Vs University Of Illinois - WC Cas<br>Imported from original petition Doc# 1; Exemption: Maria Barrera Vs University Of Illinois - WC Case, tendonitis<br>to left arm, Attorney for debtor: Corti, Alesky & Castaneda,<br>180 N. LaSalle St., Ste 2910, Chicago, IL 60601, telephone:<br>312.782.8372, Fax 312.782.7672<br>Case was filed on 07/30/2007 - Amount: 10000.00 | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | AGF - 1997 Oldsmobile Aurora FMV $1,960 and 1997<br>Imported from original petition Doc# 1; Lien: 1 American General Finance Bankruptcy Department<br>5901 S. Archer<br>Chicago IL 60638 - Amount: 8000.00 | 3,075.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 07-19859 | Trustee Name: | (330350) Eugene Crane |
|---|---|---|---|
| Case Name: | BARRERA, MARIA | Date Filed (f) or Converted (c): | 10/25/2007 (f) |
| | | § 341(a) Meeting Date: | |
| For Period Ending: | 12/08/2017 | Claims Bar Date: | 08/01/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | CarMax - 2005 Chevrolet Malibu. (debtor cosigned<br>Imported from original petition Doc# 1; Exemption: 25. Autos, Truck, Trailers and other vehicles and accessories.<br>CarMax - 2005 Chevrolet Malibu. (debtor cosigned for<br>daughter Jennifer & will surrender her 1/2 interest) - Amount: 2400.00;<br>Exemption: 25. Autos, Truck, Trailers and other vehicles and accessories.<br>CarMax - 2005 Chevrolet Malibu. (debtor cosigned for<br>daughter Jennifer & will surrender her 1/2 interest) - Amount: 2400.00 Lien: 2<br>CarMax Auto Finance<br>Bankruptcy Department<br>PO Box 440609<br>Kennesaw GA 30160 - Amount: 9235.00 | 8,470.00 | 0.00 | | 0.00 | FA |
| 12 | Class Action Lawsuit - Personal Injury (u)<br>Case was re-opened to administer this undisclosed lawsuit. PI Atty couldn't estimate value at time of re-opening of case.<br>As of 12/31/2016 settlement for Debtor is estimated at $95,000.<br>Gross settlement award is 95,718.00; however all atty costs, MDL costs and medical liens were paid directly; only the net of $49,733.76 was received by the estate. | Unknown | 95,000.00 | | 95,718.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | $450,795.00 | $99,900.00 | | $95,718.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

| | |
|---|---|
| **Case No.:** 07-19859 | **Trustee Name:** (330350) Eugene Crane |
| **Case Name:** BARRERA, MARIA | **Date Filed (f) or Converted (c):** 10/25/2007 (f) |
| | **§ 341(a) Meeting Date:** |
| **For Period Ending:** 12/08/2017 | **Claims Bar Date:** 08/01/2016 |

**Major Activities Affecting Case Closing:**

10/31/2017: TFR approved; cut checks; Status hearing on case closing to be held on 02/27/2018 at 10:30 AM at Courtroom 682
08/22/2017: Settlement - net received; completed TFR and filed with UST for review (dk)
05/02/2017: Filed MT to Accept Settlement; Hearing on 05/23 (dk)
03/31/2017: Settlement pending collection of amounts for all liens, fees for settlement breakdown per special counsel. They estimate the gross settlement to be $95,000. Could be three more months or more before Trustee receives settlement (dk)
10/24/2016: Notice received from special counsel with estimated settlement amount; reminder letters sent to creditors to file claims (dk)
05/10/2016: Order to Employ CHSW&C and employ special counsel (dk)
05/03/2016: MTs to Employ CHSW&C and special counsel filed (dk)
04/29/2016: Initial Report of Assets filed (dk)
03/29/2016: Case re-opened; Debtor has a class action lawsuit pending (dk)

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2017 | **Current Projected Date Of Final Report (TFR):** 09/21/2017 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 07-19859 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BARRERA, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3585 | Account #: | ******2766 Checking Account |
| For Period Ending: | 12/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/18/2017 | | CLH Ethicon Qualified Settlement Fund | Proceeds from Personal injury claim from product liability MDL litigation with atty fees, liens, all expenses and costs in the amount of $54,866.51 paid by settling party directly to attys etc. and net paid to the estate; see docket 35&36 | | 49,533.76 | | 49,533.76 |
| | {12} | | Gross Settlement Proceeds $95,718.00 | 1242-000 | | | 49,533.76 |
| | | | LESS: Special Counsel Fees -$34,458.48 | 3210-600 | | | 49,533.76 |
| | | | MDL Fee -$3,828.72 | 2990-000 | | | 49,533.76 |
| | | | MDL Case Expense -$957.18 | 2990-000 | | | 49,533.76 |
| | | | Common case Expense -$318.74 | 2990-000 | | | 49,533.76 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 07-19859 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BARRERA, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3585 | Account #: | ******2766 Checking Account |
| For Period Ending: | 12/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Special Counsel Expenses  -$1,288.37 | 3220-610 | | | 49,533.76 |
| | | | Bankruptcy Coordination Fee  -$500.00 | 2990-000 | | | 49,533.76 |
| | | | Medical Liens  -$4,832.75 | 4210-000 | | | 49,533.76 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.74 | 49,510.02 |
| 10/31/2017 | 101 | EUGENE CRANE | Dividend paid 100.00% on $6,182.87, Trustee Compensation; Reference: | 2100-000 | | 6,182.87 | 43,327.15 |
| 10/31/2017 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,734.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,734.00 | 38,593.15 |
| 10/31/2017 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $76.61, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 76.61 | 38,516.54 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 07-19859 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BARRERA, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3585 | Account #: | ******2766 Checking Account |
| For Period Ending: | 12/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2017 | 104 | American InfoSource LP as agent for | Dividend paid 100.00% on $500.00; Claim# 1; Filed: $500.00; Reference: xxxx3921 | 7100-000 | | 500.00 | 38,016.54 |
| 10/31/2017 | 105 | eCAST Settlement Corporation | Dividend paid 100.00% on $530.27; Claim# 2; Filed: $530.27; Reference:xxxx7311 | 7100-000 | | 530.27 | 37,486.27 |
| 10/31/2017 | 106 | American InfoSource LP as agent for | Dividend paid 100.00% on $206.60; Claim# 1I; Filed: $206.60; Reference: Interest on claim card ending in xxxx3921 | 7990-000 | | 206.60 | 37,279.67 |
| 10/31/2017 | 107 | eCAST Settlement Corporation | Dividend paid 100.00% on $219.11; Claim# 2I; Filed: $219.11; Reference: Interest on Claim 2, card ending in xxxx7311 | 7990-000 | | 219.11 | 37,060.56 |
| 10/31/2017 | 108 | BARRERA, MARIA | Dividend paid 100.00% on $37,060.56; Claim# SURPLUS; Filed: $37,060.56; Reference: | 8200-002 | | 37,060.56 | 0.00 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 07-19859 | | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|---|
| Case Name: | BARRERA, MARIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3585 | | Account #: | ******2766 Checking Account |
| For Period Ending: | 12/08/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | **49,533.76** | **49,533.76** | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **49,533.76** | **49,533.76** | |
| | | | Less: Payments to Debtors | | | 37,060.56 | |
| | | | **NET Receipts / Disbursements** | | **$49,533.76** | **$12,473.20** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 07-19859 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | BARRERA, MARIA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3585 | **Account #:** | ******2766 Checking Account |
| **For Period Ending:** | 12/08/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2766 Checking Account | $49,533.76 | $12,473.20 | $0.00 |
| | **$49,533.76** | **$12,473.20** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)